UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT T. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:12-cv-00195 |
| v. | ) | |
| | ) | Judge Sharp |
| RONALD COLSON, *et al.*, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

# ORDER

*Pro se* Plaintiff Robert T. Johnson is an inmate at the Riverbend Maximum Security Institution in Nashville, Tennessee, who works as a law library aide. (Docket Entry No. 1). Plaintiff filed this claim against Defendants Roland Colson, Michael Bryant, Evelyn Thompson, and Frederick J. Schildkamp, pursuant to 42 U.S.C. § 1983, alleging violations of his First, Fifth, Sixth, and Fourteenth Amendment rights. (*Id.*).

On November 21, 2012, the Magistrate Judge recommended that *Defendants Colson, Bryant, and Schildkamp's Motion to Dismiss* (Docket Entry No. 31) be granted and that these Defendants be dismissed from this action.[1] Plaintiff filed timely objections[2] to the Report and Recommendation ("R & R"), to which Defendants filed responses. *See* (Docket Entry Nos. 48, 49, 57, 62, and 67-69).

Having considered the matter *de novo* in accordance with Fed. R. Civ. P. 72(b), the Court agrees with the Magistrate Judge's recommended disposition.

---

[1] Defendant Evelyn Thompson is not a party to the instant motion and the claims against her remain.

[2] Plaintiff also filed several declarations in support of his objections. *See* (Docket Entry Nos. 50-56).

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 44) is hereby ACCEPTED and APPROVED;

(2) *Defendants Colson, Bryant, and Schildkamp's Motion to Dismiss* (Docket Entry No. 31) is hereby GRANTED;

(3) The claims against Defendants Colson, Bryant, and Schildkamp are hereby DISMISSED WITH PREJUDICE; and

(4) This action is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01 for the remaining claims against Defendant Thompson.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE