IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROGER T. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:12-0195 |
| | ) JUDGE SHARP/KNOWLES |
| | ) JURY DEMAND |
| | ) |
| ROLAND COLSEN, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court upon the pro se prisoner Plaintiff's "Motion to Remove Counsel for the Defendant Due to Conflict of Interest." Docket No. 76. In the instant Motion, Plaintiff avers that Defendant implemented a "no quoting or copying TDOC or RMSI policy in legal documents" rule in order to punish Plaintiff. Plaintiff filed grievances, which he won at all three levels. Plaintiff further avers that three of the original Defendants have been dismissed from this action following the filing of a Motion to Dismiss but that Defendant Thompson was not included in that Motion. Finally Plaintiff avers that "the State agrees with his argument and legal position concerning Defendant Thompson's violation of the Plaintiff's Constitutional Rights," and, therefore, "it creates a conflict of interest to have a State Attorney represent the Defendant Thompson in this matter." Docket No. 76, p. 3.

Defendant has filed a Response in Opposition to the Motion (Docket No. 77). Defendant asserts that "the State" does not agree with Plaintiff's claim that Defendant Thompson violated Plaintiff's constitutional rights. *Id.*

Under the foregoing circumstances, the Court can see no "conflict of interest" whatsoever.

For the foregoing reasons, the instant Motion (Docket No. 76) is DENIED.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge

2