# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ROGER T. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CASE NO. 3:12-0195 |
| vs. | ) JUDGE SHARP/KNOWLES |
| | ) |
| | ) JURY DEMAND |
| ROLAND COLSON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court upon four related Motions filed by the pro se prisoner Plaintiff: (1) a document headed "Plaintiff Object and Move to Strike Defendant's Response to Plaintiff Motion for Leave to Take the Deposition of Bryant on Written Questions" (Docket No. 123); (2) a document headed "Plaintiff Object and Move to Strike Defendant's Response to Plaintiff Motion to Consolidate" (Docket No. 124); (3) a document headed "Plaintiff Object and Move to Strike Defendant's Response to Plaintiff Motion Extension of Time to File Discovery" (Docket No. 125); and (4) a document headed "Plaintiff Object and Move to Strike Defendant's Response to Plaintiff's Motions for Leave to Take Deposition Upon Written Questions" (Docket No. 129). These documents are essentially objections to Responses that were filed by Defendant, but each of them also includes a "Motion to Strike."

Motions to Strike are governed by Fed. R. Civ. P. 12(f), which states:

> The court may strike *from a pleading* an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter. The court may act:

> (1) on its own; or
> (2) on motion made by a party either before responding to the pleading or, if a response is not allowed, within 20 days after being served with the pleading.

Fed. R. Civ. P. 12(f) (emphasis added).

Motions to Strike are applicable only to pleadings. *See Fox v. Michigan State Police Dept.*, 2006 U.S. App. LEXIS 5019 (6th Cir.) at **5-6; *Wimberly v. Clark Controller Co.,* 364 F.2d 225, 227 (6th Cir. 1966). *See also Lombard v. MCI Telecommunications Corp.,* 13 F. Supp. 2d 621, 625 (N.D. Ohio 1998); *Hrubec v. National R.R. Passenger Corp.,* 829 F. Supp. 1502, 1506 (N.D. Ill. 1993).

The filings Plaintiff seeks to strike are not "pleadings," and they cannot be stricken.

For the foregoing reasons, the four Motions at issue (Docket Nos. 123, 124, 125, 129) are DENIED.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge