# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **ROGER T. JOHNSON #151890,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:12-cv-00195** |
| **v.** | ) | |
| | ) | **Judge Sharp** |
| **ROLAND COLSON, *et al*.,** | ) | **Magistrate Judge Knowles** |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that Plaintiff's *Motion for Temporary Injunction and or [sic] for Preliminary Injunction Relief* (Docket Entry No. 130) be denied. Plaintiff filed timely objections to the R & R.[1] (Docket Entry Nos. 184 and 186).

Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 179) is hereby ACCEPTED and APPROVED; and

(2) Plaintiff's *Motion for Temporary Injunction and or [sic] for Preliminary Injunction Relief* (Docket Entry No. 130) is hereby DENIED.

---

[1] In addition to Plaintiff's specific objection to this R & R entered at Docket Entry No. 184, he also filed *Plaintiff's Objection to All Court's [sic] Orders Filed on 4-16-14*. *See* (Docket Entry No. 186). The Court has considered both filings in its review.

**It is SO ORDERED.**


_____

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE